IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KELLI TAYLOR, | ) | |
|                 Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 23-cv-02287-JWB-ADM |
| | ) | |
| GRAY TELEVISION, INC., | ) | |
| d/b/a GRAY MEDIA GROUP, INC., | ) | |
| d/b/a KCTV5, | ) | |
|                 Defendant. | ) | |

**PLAINTIFF'S MOTION TO REVIEW AND OBJECTIONS TO MAGISTRATE JUDGE MITCHELL'S OCTOBER 6, 2023 ORDER STRIKING PLAINTIFF'S DEMAND FOR JURY TRIAL**

Plaintiff hereby moves this Court to review and vacate Magistrate Judge Mitchell's October 6, 2023, Order granting Defendant's Motion to Strike Jury Demand. Plaintiff makes this Motion in accordance with Local Rule 72.1.4(a). Plaintiff also states herein, and in the accompanying Suggestions in Support, her objections to the Order in accordance with Fed. R. Civ. P. 72(a). Plaintiff bases her objections for review on a believed misapplication of the law, as well as the ambiguity of the contract that was not considered by Magistrate Mitchell. Plaintiff's initial complaint demanded a trial by jury. (ECF 1, at 14). Defendant filed a Motion to Strike and Suggestions in Support of Plaintiff's jury demand based on a term of the employment contract where Defendant alleged Plaintiff knowingly and voluntarily waived her right to jury trial for her claims in this lawsuit. (ECF 7 and 8). Plaintiff timely filed Suggestions in Opposition to Defendant's Motion. (ECF 11). Defendant filed a Reply to Plaintiff's Response. (ECF 12). On October 6, 2023, Magistrate Judge Mitchell entered a Memorandum and Order granting Defendant's Motion to Strike Plaintiff's Jury Demand. (ECF 14). Plaintiff files this Motion to Review and incorporated Objections to Magistrate Mitchell's non-dispositive order timely and in accordance with Fed. R. Civ. P. 72(a) and Local Rule 72.1.4(a).

For reasons discussed further in Plaintiff's Memorandum in Support of this Motion, incorporated herein, this Court should review, and vacate the Court's Order granting Defendant's Motion to Strike Plaintiff's Jury Demand, and should instead enter an Order Denying Defendant's Motion, maintaining Plaintiff's Constitutional right to jury trial intact.

Respectfully submitted,

THE POPHAM LAW FIRM, P.C.

By: /s/ Cooper S. Mach
Cooper S. Mach, KS Bar No. 27404
712 Broadway, Suite 100
Kansas City, Missouri 64105
Telephone: (816) 221-2288
Telecopier: (816) 221-3999
E-Mail: cmach@pophamlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies this 20th day of October, 2023, that the above and foregoing was served via ECF filing to:

**OGLETREE, DEAKINS, NASH, SMOAK,
& STEWART, P.C.**

Trina R. Ricketts
Email: trina.ricketts@ogletree.com

**ATTORNEYS FOR DEFENDANT**

/s/ Cooper S. Mach
Attorney for Plaintiff