# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELLI TAYLOR,<br>             Plaintiff,<br>vs.<br>d/b/a GRAY MEDIA GROUP, INC.,<br>d/b/a KCTV5,<br>             Defendant. | Case No. 23-cv-02287-JWB-ADM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kelli Taylor, and Defendant Gray Media Group, Inc. d/b/a KCTV 5, by and through its counsel, stipulate to the dismissal of this action with prejudice, each party to bear his/its own costs.

**Date: December 19, 2024**

Respectfully submitted,

| | |
|---|---|
| **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** | **THE POPHAM LAW FIRM, P.C.** |
| */s/ Kelly M. Hayes*<br>Trina R. Ricketts, KS #18697<br>700 W. 47th Street, Suite 500<br>Kansas City, MO  64112<br>Phone:  816.471.1301<br>Facsimile:  816.471.1303<br>Email:  trina.ricketts@ogletree.com<br><br>Kelly M. Hayes D.KS 79125<br>7700 Bonhomme, Suite 650<br>St. Louis MO 63105<br>Phone:  314.312.4957<br>Facsimile:  314.802.3936<br>Email:  Kelly.hayes@ogletree.com<br><br>**ATTORNEYS FOR DEFENDANT** | BY:    *s/ Cooper S. Mach*<br>**Cooper S. Mach   KS #27404**<br>**712 Broadway, Suite 100**<br>**Kansas City, Missouri  64105**<br>**Telephone: 816-221-2288**<br>**Fax:  816-221-3999**<br>**cmach@pophamlaw.com**<br><br>**ATTORNEYS FOR PLAINTIFF** |